UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
M.M. on Behalf of and as parent of J.S., a student
with a disability ,

                Plaintiff,                  14 **CIVIL** 1542(GBD)

    -against-                            **JUDGMENT**

NEW YORK CITY DEPARTMENT OF
EDUCATION,
                Defendant.
-------------------------------------------------------------X

      Plaintiff M.M. having moved for summary judgment and Defendant New York City Department of Education having cross-moved for summary judgment pursuant to Fed. R. Civ. P. 56, and the matter having come before the Honorable George B. Daniels, United States District Judge, and the Court, on March 18, 2015, having rendered its Memorandum Decision and Order (Doc. 25) denying Plaintiff's motion for summary judgment, granting Defendant's cross-motion for summary judgment, directing the Clerk of Court to close the motions at ECF Nos. 18 and 21, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Decision and Order dated March 18, 2015, Plaintiff's motion for summary judgment is denied; Defendant's cross-motion for summary judgment is granted.

**Dated:**  New York, New York
         March 19, 2015

                                                **RUBY J. KRAJICK**

                                                **Clerk of Court**
                     **BY:**

                                                **Deputy Clerk**